# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00374-CV

## In re Craig Mack

## ORIGINAL PROCEEDING FROM ANDERSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a pro se petition for writ of mandamus complaining that the presiding judge of the 369th District Court of Anderson County has refused to rule on his motion to transfer venue in the underlying case to Travis County. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district, statutory county, statutory probate county, county court *in the court of appeals district*" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221 (emphasis added). This Court does not have mandamus jurisdiction over any court officials of Anderson County, which lies outside of our appellate district. *See id.* § 22.201(d) (listing counties that compose the Third Court of Appeals District). Nor has relator demonstrated that the exercise of our writ power is necessary to enforce our appellate jurisdiction. *See id.* § 22.221(a).

Accordingly, the petition is dismissed for want of jurisdiction.

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed:   June 6, 2019